

# MEMORANDUM
**U.S. PRETRIAL SERVICES AGENCY**
NORTHERN DISTRICT OF CALIFORNIA

**CONFIDENTIAL**
NOT FOR PUBLIC DISCLOSURE

**DATE:** June 5, 2025

**TO:** Honorable Thomas S. Hixson
U.S. Magistrate Judge

**FROM:** Reanna Agah
U.S. Pretrial Services Officer

**SUBJECT:** Keyla Rapalo
3:25-mj-70414-MAG-1
BOND MODIFICATION NOTICE

Your Honor:

The above-captioned individual is charged with 18 U.S.C. § 371 – Conspiracy to Commit Identity Fraud in violation of 18 U.S.C. § 1028 (a)(7) and was released by the Court on June 4, 2025, with supervision by U.S. Pretrial Services including, although not limited to, the following special release condition(s):

- [x] the defendant shall report as directed by U.S. Pretrial Services
- [ ] the defendant shall seek or maintain gainful employment
- [x] the defendant shall remain in the custody of a third party custodian
- [ ] the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- [x] the defendant's travel shall be restricted to the Northern District of California and District of Northern Carolina except for court attendance or attorney visits
- [ ] the defendant shall comply with a curfew from_____ to _____
- [ ] the defendant shall submit to electronic monitoring
- [ ] other special condition:

**NEW INFORMATION:** The defendant has been released from custody but unfortunately does not have a place to reside for the night of June 5, 2025. Her family, including her third party custodian, Lesly Chavarrca, are flying in from North Carolina to pick the defendant up and transport her back with them to reside in North Carolina. Therefore, the defendant does not have a place to reside tonight, June 5, 2025. Through this memorandum and attached coversheet, we are requesting a bond modification to allow the defendant to reside at GeoCare in San Francisco, California for tonight.

---

*DUE TO THE SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THIS MEMORANDUM, IT SHOULD BE KEPT CONFIDENTIAL AND SHOULD NOT BE FILED IN ANY PUBLIC RECORDS*
*(18 U.S.C. § 3153)*

**NOTICE OF VIOLATION OF RELEASE CONDITIONS**
**RE:**     **RAPALO, KEYLA**
            **DOCKET NO.: 3:25-mj-70414-MAG-1**

**RECOMMENDATION:**  Pretrial Services respectfully recommends the following condition of release be added:

1. The defendant must reside at the halfway house located at 111 Taylor Street in San Francisco, California, for one night on June 5, 2025 and must comply with all conditions of that facility.

Respectfully Submitted,

Reanna Agah
U.S. Pretrial Services Officer

Reviewed by:

Richard Sarlatte, Supervisory
U.S. Pretrial Services Officer

---

*DUE TO THE SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THIS MEMORANDUM,*
*IT SHOULD BE KEPT CONFIDENTIAL AND SHOULD NOT BE FILED IN ANY PUBLIC RECORDS*
*(18 U.S.C. § 3153)*

PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | <u>Keyla Rapalo</u> |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | <u>3:25-mj-70414-MAG-1</u> |

**Date:**

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Reanna Agah</u>                                                <u>510-637-3758</u>
**U.S. Pretrial Services Officer**                           **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ **Modification(s)**

<u>ADD:</u>

1. The defendant must reside in a halfway house at 111 Taylor Street in San Francisco, California, for one night on June 5, 2025 and must comply with all conditions of that facility.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____                    06/05/2025
**JUDICIAL OFFICER**                                            **DATE**
Thomas S. Hixson
U.S. Magistrate Judge