JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          ana_botello@fd.org

Counsel for Defendant RAPALO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEYLA RAPALO,<br><br>Defendant. | Case No.: 25-70414 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME AND WAIVER OF DEFENDANT'S APPEARANCE** |

Ms. Rapalo is scheduled to appear for a status conference on December 15, 2025 at 11:00 a.m. before the duty magistrate. To update the court, the parties are finalizing the charges for an information and possible plea agreement which undersigned counsel will need time to meet and confer with Ms. Rapalo for her to decide whether to proceed to trial. Therefore, the parties agree that the matter be continued to January 13, 2026, before the duty magistrate judge for effective preparation of counsel. Further, defense counsel respectfully requests that Ms. Rapalo's physical

STIPULATED ORDER
*RAPALO*, 25-70414 MAG

1  appearance be waived pursuant to Federal Rules of Criminal Procedure 43(b)(3)[1] as she resides
2  in North Carolina. The government has no objection.

3  It is further stipulated that time be excluded under the Speedy Trial Act from December
4  16, 2025 through January 13, 2026, and that the time limit for a preliminary hearing under
5  Federal Rule of Criminal Procedure 5.1 be extended for that same period.

6  The government and counsel for the defendant agree that time be excluded under the
7  Speedy Trial Act and the time limit extended under Fed. R. Crim. P. 5.1 so that defense counsel
8  can continue to prepare, including by reviewing discovery already produced, and so that parties
9  can continue to work on a negotiated disposition.  For these reasons and others, the parties
10 stipulate and agree that excluding time until January 13, 2026 will allow for the effective
11 preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and
12 agree that the ends of justice served by excluding the time from December 16, 2025 through
13 January 13, 2026 from computation under the Speedy Trial Act and extending the time limit
14 under Fed. R. Crim. P. 5.1 outweigh the best interests of the public and the defendant in a speedy
15 trial and a preliminary hearing. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

16  IT IS SO STIPULATED.

17  December 15, 2025                    CRAIG H. MISSAKIAN
18  Dated                                United States Attorney
                                         Northern District of California
19
20                                              /S
                                         RICHARD EWENSTEIN
21                                       Assistant United States Attorney

---

[1] A defendant's presence is not required for a proceeding that "involves only a conference." Fed. R. Crim. P. 43(b)(3).

STIPULATED ORDER
*RAPALO*, 25-70414 MAG

|   |   |
|---|---|
| December 15, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>　　　　　　　/S<br>ANA BOTELLO<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

|   |   |
|---|---|
| December 15, 2025<br>Dated | THOMAS S. HIXSON<br>United States Magistrate Judge |