JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant RAPALO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEYLA RAPALO,

Defendant.

**Case No.:** 25-70414 MAG

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME AND WAIVER OF DEFENDANT'S APPEARANCE**

Ms. Rapalo is scheduled to appear for a status conference on August 27, 2026 at 11:00 a.m. before the duty magistrate. To update the court, the government is finalizing an Information that may resolve the case. In the absence of such approvals, the defense needs additional time to effectively prepare for trial. Therefore, the parties agree that the matter be continued to September 10, 2026, before the duty magistrate judge for effective preparation of counsel.

…

Further, defense counsel respectfully requests that Ms. Rapalo's physical appearance be waived pursuant to Federal Rules of Criminal Procedure 43(b)(3)[1] as she resides in North Carolina. The government has no objection.

It is further stipulated that time be excluded under the Speedy Trial Act from August 27, 2026 through September 10, 2026, and that the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 be extended for that same period.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and the time limit extended under Fed. R. Crim. P. 5.1 so that defense counsel can continue to prepare, including by reviewing discovery already produced, and so that parties can continue to work on a negotiated disposition. For these reasons and others, the parties stipulate and agree that excluding time until September 10, 2026 will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 27, 2026 through September 10, 2026 from computation under the Speedy Trial Act and extending the time limit under Fed. R. Crim. P. 5.1 outweigh the best interests of the public and the defendant in a speedy trial and a preliminary hearing. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO STIPULATED.

August 26, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

RICHARD EWENSTEIN
Assistant United States Attorney

[1] A defendant's presence is not required for a proceeding that "involves only a conference." Fed. R. Crim. P. 43(b)(3).

August 26, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

August 26, 2026
Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge